IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTUAN TIMBERLAKE,                    :
    Plaintiff                          :
       v.                              : Case No. 3:24-cv-109-KAP
SUPERINTENDENT SCOTT                  :
KLINEFELTER, S.C.I. HOUTZDALE, *et al.*, :
    Defendants                         :

## Memorandum Order

    Defendants' motion to dismiss, ECF no. 20, was filed after my *sua sponte* review of the complaint under the Prison Litigation Reform Act, 28 U.S.C.§ 1915A, but due to the weekend was docketed before my memorandum. The motion is denied as moot, and the parties shall proceed as directed in my Memorandum Order of December 19, 2025, ECF no. 22.

DATE: December 22, 2025

                                        Keith A. Pesto,
                                        United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Antuan Timberlake MS-7506
S.C.I. Fayette
50 Overlook Drive
LaBelle, PA 15450